UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZUBEARU BETTIS,

                        Petitioner,          24-CV-02854 (JHR)(SN)

      -against-                                    **ORDER**

ALL KNOWN AND UNKNOWN AGENTS and
EMPLOYEES OF THE FEDERAL BUREAU OF
PRISONS,

                        Respondents.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Petitioner Zubearu Bettis was ordered to file an amended petition by August 30, 2024, to include the relief sought. ECF No. 15. To date, no filing has been made. Accordingly, the Petitioner is directed to file an amended petition by September 20, 2024. The amended petition should indicate where the Petitioner was sentenced, the sentenced imposed, and whether Petitioner was sentenced to a mandatory minimum term of supervised release. The Federal Bureau of Prisons shall respond to the amended petition within 30 days of service.

      Should the Petitioner fail to file an amended petition by September 20, 2024, the Court can recommend that the action be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
                June 25, 2024